# PROOF OF SERVICE

State of California  
County of Monterey

In re ROBERT STEVEN HUDSON  
Case No. BH004178  
Case No. B202317  
Case No. S156810

CV 08 1357 (PR)

E-filing

I declare that:

I, Robert Steven Hudson, C89346, am a resident of the State of California, County of Monterey. I am over 18 years of age and I am a party to the within action. My residence address is P.O. Box 689, Soledad, California, 93960-0689.

On March 4th, 2008 I served the foregoing Writ of Habeas Corpus and Appendix of Exhibits and Supporting Documents in Support Petition for Writ of Habeas Corpus on the party listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

Office of the Clerk, U.S. District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, California 94102

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of March, 2008, at Soledad, California.

/S/ Robert Steven Hudson

Robert Steven Hudson, In pro se