

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017075
Cashier ID: almaceh
Transaction Date: 03/17/2008
Payer Name: ROBERT HUDSON
--------------------------------
WRIT OF HABEAS CORPUS
 For: ROBERT HUDSON
 Amount:      $5.00
--------------------------------
MONEY ORDER
 Check/Money Order Num: 641415766
 Amt Tendered:  $5.00
--------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-1357 SI (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Robert Hudson C89346
P.O. Box 689, G328L
Soledad, CA 93960-0689

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

94102+3661