UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT STEVEN HUDSON            No. C 08-1357 SI (pr)

    Petitioner,                     **JUDGMENT**

    v.

BEN CURRY, warden,

    Respondent.
                                      /

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 4, 2010

                                               SUSAN ILLSTON
                                       United States District Judge