UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVEN HUDSON | No. C 08-1357 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

Petitioner's motion for a copy of the excerpt of the record on appeal is DENIED. (Docket # 16.) Circuit Rule 30-3 requires the clerk to forward a copy of the documents to comprise the excerpts of the record to a prisoner who is not represented by counsel on appeal. Petitioner is represented by counsel on appeal. Further, petitioner did not identify what documents he wanted included in the excerpt of the record. The only thing he did identify – transcripts of any <u>in camera</u> hearings – does not exist because there were no <u>in camera</u> hearings.

IT IS SO ORDERED.

DATED: April 22, 2011

SUSAN ILLSTON
United States District Judge